UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANCISCO RIVERA-MUÑIZ ET AL<br><br>v.<br><br>HORIZON LINES, INC., ET AL | CIVIL NO. 09-2081 (CCC) |

**Notice of Voluntary Dismissal as to Some Codefendants**

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiffs hereby voluntarily dismiss *without* prejudice the allegations in the First Amended Consumer Class Action Complaint set forth only against these codefendants: [1] Crowley Maritime Corporation, [2] Trailer Bridge Inc., [3] Saltchuk Resources Inc., [4] Peter Baci, [5] Alexander G. Chisholm, [6] R. Kevin Gill, [7] Gregory Glova, [8] Gabriel Serra, and [9] Leonard Shapiro.  However, this case will continue as to all the remaining codefendants.

This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment. Moreover, Fed.R.Civ.P. 23(e)(1)(a) does not apply to this motion for it is made before the class certification.

I HEREBY CERTIFY that on this date the foregoing was electronically filed with the Clerk of the Court using the CM/ECM system, which will send notification of such filing to all counsel of record.

Dated: January 21, 2010

s/Jorge M. Torres Gómez
USCD-PR 208208
Law Offices of  Jorge M. Torres Gómez
El Centro II Building Suite 234
San Juan, Puerto Rico 00918
Tel. (787) 642-7868
Fax (787) 765-8418
jorge@torresgomez.com
torres_law@hotmail.com

s/José A. Andréu-García
USCD-PR 110304
s/José A. Andréu-Fuentes
Andreu & Sagardia Law Firm
261 Domenech Ave.
San Juan, Puerto Rico 00918
Tel. (787) 754-1777 / 763-8044
Fax. (787) 763-8045
jaf@andreu-sagardia.com