# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**FRANCISCO RIVERA-MUÑIZ, et al.,**

**Plaintiffs,**

**v.**

**HORIZON LINES, INC., et al.,**

**Defendants.**

**CIVIL NOS.**
**LEAD CASE: 09-2081 (GAG)**
**MEMBER CASE: 09-2177 (GAG)**

## JUDGMENT

Pursuant to the court's order at Docket No. 140, judgment is hereby entered dismissing with prejudice consolidated cases 09-2081 (GAG) and 09-2177 (GAG).

**SO ORDERED.**

In San Juan, Puerto Rico this 21st day of July, 2011.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge